**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0694

Ioana Baltag Cosman

- - Versus - -

Radu Cosman

Family Court of East Baton Rouge
Case #: 216757
East Baton Rouge Parish

On Application for Rehearing filed on 01/24/2023 By Radu Cosman

Rehearing _____ **DENIED** _____

Jewel E. "Duke" Welch Jr.

Allison H. Penzato

Walter I. Lanier III

Date **JAN 3 1 2023**

Rodd Naquin, Clerk